IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80288 WHA

IN THE MATTER OF

In the Matter of Peter Nathan Osborn - #107360

/

**ORDER OF SUSPENSION**

    Because Peter Nathan Osborn has failed to respond to the order to show cause, Mr. Osborn's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE